HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, Bar #228906
First Assistant Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:22-CR-00284-KES |
|---|---|---|
| *Plaintiff,* | ) | **APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL** |
| vs. | ) | |
| PHILLIP SCOTT MORRIS, | ) | |
| *Defendant,* | ) | |

Defendant, Phillip Scott Morris, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel.

On March 14, 2025, a Petition for Violation of Supervised Release was filed, a Summons was issued, and an initial appearance is scheduled on March 27, 2025. Counsel is needed in advance to facilitate his initial appearance.

Mr. Morris submits the attached Financial Affidavit as evidence of his inability to retain counsel. After reviewing his Financial Affidavit, it is respectfully recommended that counsel Mai Shawwa be appointed *nunc pro tunc* as of March 24, 2025.

DATED: March 24, 2025             */s/ Peggy Sasso*
                                  PEGGY SASSO
                                  First Assistant Defender


**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints CJA panel counsel Mai Shawwa *nunc pro tunc* as of March 24, 2025, pursuant to 18 U.S.C. § 3006A

IT IS SO ORDERED.

Dated:   **March 25, 2025**          /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE