IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>PHILLIP SCOTT MORRIS,<br><br>        Defendant. | CASE NO. 1:22-CR-00284-KES-1<br><br>ORDER ON STIPULATION CONTINUING STATUS CONFERENCE<br><br>(Doc. 17) |

Pending before the Court is the stipulated request of Plaintiff United States of America and Defendant Phillip Scott Morris to continue the status conference scheduled today (2:30 p.m.) until June 2, 2025. (Doc. 17). In support thereof, the parties note that Plaintiff has filed a pending motion to dismiss (*see* Doc. 16) that, if granted by the assigned district judge, will moot the need for further appearances in this case.

For good cause shown, it is HEREBY ORDERED that the status conference currently scheduled for May 1, 2025, is continued to June 2, 2025, at 2:30 PM in Bakersfield (CDB) before the undersigned. IT IS SO ORDERED.

Dated:  **May 1, 2025**          _____
                      UNITED STATES MAGISTRATE JUDGE