IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>PHILLIP SCOTT MORRIS,<br><br>                    Defendant. | CASE NO.  1:22-CR-00284-KES-1<br><br>UNITED STATES' ORDER FOR DISMISSAL OF PETITION<br><br>[Fed. R. Crim. P. 48(a)] |

**ORDER**

The court hearby orders the Supervised Release Violation Petition in case number 1:22-CR-00284, filed on March 17, 2025, be DISMISSED without prejudice.

IT IS SO ORDERED.

Dated:   May 1, 2025

_____
UNITED STATES DISTRICT JUDGE